# NO. 12-09-00171-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MARC KEVIN WILLIAMS,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 3 OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant and his counsel. No decision having been delivered by this court, the motion is granted, and the appeal is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion delivered September 23, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)